UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MICHAEL BRADLEY,
    Plaintiff,

vs.                                         Case No.: 3:25cv2509/TKW/ZCB

U.S. DEPARTMENT OF
VETERANS AFFAIRS,
    Defendant.
                          /

## ORDER TO SHOW CAUSE

Plaintiff is proceeding *pro se* and *in forma pauperis* in this civil action. On December 9, 2025, after performing its screening duties under 28 U.S.C. § 1915(e)(2)(B), the Court advised Plaintiff of deficiencies in his initial complaint (Doc. 1) and ordered Plaintiff to file an amended complaint to correct these issues within fourteen days. (Doc. 6). That deadline has passed, and Plaintiff has not filed an amended complaint or otherwise responded. Accordingly, within **fourteen days** of the date of this order, Plaintiff must show cause, if any, why this case should not be dismissed for failure to comply with an order of the Court. Plaintiff's failure to comply with this order will result in a recommendation of dismissal of this case.

2

**DONE AND ORDERED** this 2nd day of January 2026.

/s/*Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge