UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MICHAEL BRADLEY,
    Plaintiff,

v.                                  Case No.:  3:25cv2509/TKW/ZCB

U.S. DEPARTMENT OF
VETERANS AFFAIRS,
    Defendant.
_____/

## REPORT AND RECOMMENDATION

Plaintiff, proceeding *pro se* and *in forma pauperis*, commenced this action by filing a Freedom of Information Act (FOIA) complaint.  (Doc. 1).  The Court performed its screening duty under 28 U.S.C. § 1915(e)(2)(B) and determined that the complaint suffered from several deficiencies.  (Doc. 6).  Accordingly, on December 9, 2025, the Court ordered Plaintiff to file an amended complaint or notice of voluntary dismissal within fourteen days.  (*Id.* at 10).

Plaintiff did not file an amended complaint or notice of voluntary dismissal by the deadline.  Therefore, on January 2, 2026, the Court ordered Plaintiff to show cause, within fourteen days, why this case should not be dismissed for failure to comply with a Court order.  (Doc. 7).  The Court notified Plaintiff that his failure to show cause would result

1

in a recommendation of dismissal of this case. (*Id.*). The deadline for compliance with the show cause order has passed, and Plaintiff has not filed an amended complaint or otherwise responded.

For the reasons above, it is respectfully **RECOMMENDED** that this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the Court. *See* N.D. Fla. Loc. R. 41.1 (authorizing dismissal if a "party fails to comply with an applicable rule or a court order"); *see also Duong Thanh Ho v. Costello*, 757 F. App'x 912, 914-15 (11th Cir. 2018) (affirming dismissal where *pro se* plaintiff failed to file an amended complaint as directed).

At Pensacola, Florida, this 26th day of January 2026.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge

### Notice to the Parties

Objections to these proposed findings and recommendations must be filed within fourteen days of the date of the Report and Recommendation. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control</u>. An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.