UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**MICHAEL BRADLEY,**

 **Plaintiff,**

v.              Case No.  3:25-cv-2509-TKW-ZCB

**U.S. DEPARTMENT OF VETERANS AFFAIRS,**

 **Defendant.**

_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 8).  No objections were filed.

Upon due consideration of the Report and Recommendation and the entire case file, the Court agrees with the magistrate judge's determination this case should be dismissed based on Plaintiff's failure to comply with court orders.  Accordingly, it is **ORDERED** that:

 1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

 2. This case is DISMISSED without prejudice based on Plaintiff failure to comply with court orders.

3. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE AND ORDERED** this 20th day of February, 2026.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**